IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY MILLER,

    Plaintiff,               No. 2:12-cv-1189 WBS JFM P

  vs.

EDMUND G. BROWN, et al.,

    Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff, who is presented housed in Kern Valley State Prison, alleges violations of his civil rights by defendants. The alleged violations took place in Kern County[1], which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] Plaintiff has also asserted claims against defendants at Atascadero State Hospital, which is located in the Central District of California.

1

1  court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2  request to proceed in forma pauperis.
3             Good cause appearing, IT IS HEREBY ORDERED that:
4             1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5             2. This action is transferred to the United States District Court for the Eastern
6  District of California sitting in Fresno; and
7             3. All future filings shall reference the new Fresno case number assigned and
8  shall be filed at:
9             United States District Court
              Eastern District of California
10            2500 Tulare Street
              Fresno, CA 93721
11
12  DATED: September 27, 2012.
13
14  _____
    UNITED STATES MAGISTRATE JUDGE
15
16  /014;mill1189.22
17
18
19
20
21
22
23
24
25
26